UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FENCE CREEK CATTLE COMPANY, an Oregon Partnership; GAZELLE LAND AND TIMBER, LLC, an Oregon Limited Liability Company; KING WILLIAMS; and MICHAEL G. SMITH | ORDER |
| Plaintiffs, | Civil No.  06-1236-SU |
| v. | |
| UNTIED STATES FOREST SERVICE, an agency of the United States; MARY DEAGUERO, in her official capacity as District Ranger, Eagle Cap-HCNRA District, Wallowa-Whitman National Forest; and BARBARA WALKER, in her official capacity as District Ranger, Wallowa Valley District, Wallowa-Whitman National Forest, | |
| Defendants. | |

HAGGERTY, Chief Judge:

     Magistrate Judge Sullivan referred to this court a Findings and Recommendation [32] in this matter. The Findings and Recommendation recommends granting the defendants motion for

1 - ORDER

summary judgment as to all plaintiffs except Fence Creek Cattle Company. Defendants filed timely objections, and plaintiffs filed a response to those objections.

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Here, the court has performed a de novo review, evaluated the Findings and Recommendation, the objections, and the entire record. The court rejects defendants first objection and agrees with Judge Sullivan's finding that the powers of attorney executed by the Agars were sufficient to authorize Williams and Smith to wind up the affairs of the partnership. Defendant's second objection is also rejected because it presents a joinder request specifically disavowed in briefing before Judge Sullivan.

The court adopts the Findings and Recommendation [32]. Defendants' Motion for Summary Judgment [18] is GRANTED with respect to plaintiffs Gazelle Land and Timber, LLC, King Williams, and Michael G. Smith, and DENIED as to Fence Creek Cattle Company.

IT IS SO ORDERED.

DATED this   7   day of January, 2008.

                                                                   /s/ Ancer L. Haggerty
                                                                       Ancer L. Haggerty
                                                          United States District Judge